Daniel B. Thrailkill, Page & Thrailkill, Mena, AR, for Defendants.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

Linda Jane Hicks appeals the district court's [1] order (1) granting summary judgment against her on her claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971); (2) dismissing without prejudice her claims under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.;* (3) dismissing with prejudice her claims under 42 U.S.C. §§ 1985 and 1986; and (4) declining jurisdiction over any pendent state-law claims. After de novo review, *see Turner v. Holbrook*, 278 F.3d 754, 757 (8th Cir.2002), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

**Glynetta DAYBERRY, Personal Representative of the Estate of Justin Todd Dayberry, Deceased, Plaintiff/Appellant,**

v.

**Chris RALSTON, Individually and as an Officer of the Beebe, White County Police Department; Dennis Briggs, Individually and as Chief of Police of**

**the City of Beebe, White County, Arkansas; Donald Ward, Individually as the Mayor of the City of Beebe, White County, Arkansas; Lou Lavelle, City Council member; Linda Anthony, City Council member; Janet Rogers, City Council member; Harold Welch, City Council member (originally sued as "Harlod Welch"); Ricky Jackson, City Council member; Bobby Robinson, City Council member; City of Beebe, White County, Arkansas; John Does, I through X, Defendants,**

**Troxell ESTATE, Intervenor–Appellee.**

No. 03–2121.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 26, 2003.

Decided Jan. 8, 2004.

Ray J. Baxter, Baxter Law Office, Benton, AR, for Plaintiff-Appellant.

Christopher Heil, Brad Hendricks Law Firm, Little Rock, AR, for Intervenor-Appellee.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

Glynetta Dayberry, personal representative of Justin Todd Dayberry, deceased, appeals the district court's [1] award of

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

$3,150 in attorney's fees to the estate of deceased attorney Buddy Troxell, based on quantum meruit. After careful review, we conclude that the district court made no factual or legal mistakes, or any clear error of judgment in applying the relevant factors, and the award fell within the court's range of discretion. *See Pinkham v. Camex, Inc.*, 84 F.3d 292, 294 (8th Cir. 1996) (per curiam) (standard of review); *Pamida, Inc. v. E.S. Originals, Inc.*, 281 F.3d 726, 729 (8th Cir.2002) (defining abuse-of-discretion standard).

Accordingly, we affirm.